UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

United States of America

       v.                         Case No.  07-cr-115-01-SM

Daniel Carl Hicks

O R D E R

Defendant Hicks' motion to continue the final pretrial conference and trial is granted (document 20).  Trial has been rescheduled for the September 2008 trial period.  Defendant Hicks shall file a waiver of speedy trial rights not later than August 25, 2008.  On the filing of such waiver, his continuance shall be effective.

The Court finds that the ends of justice served by granting a continuance outweigh the best interest of the public and the defendant in a speedy trial, 18 U.S.C. § 3161(h)(8)(B)(iv), in that failure to grant a continuance would unreasonably deny defendant the reasonable time necessary for effective preparation taking into account the exercise of due diligence under the circumstances.

**Change of Plea Hearing:** August 15, 2008 at 2:30 p.m.

**Final Pretrial Conference, if necessary:** August 29, 2008 at 4:00 p.m.

**Jury Selection, if necessary**: September 3, 2008 at 9:30 a.m.

SO ORDERED.

_____
Steven J. McAuliffe
Chief Judge

August 11, 2008

cc: David Ruoff, Esq.
    Clyde Garrigan, AUSA
    US Probation
    US Marshal